IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JESSIE HARDIN | § | |
| VS. | § | CIVIL ACTION NO.   1:20-CV-25 |
| LEBLANC UNIT | § | |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S**
<u>**REPORT AND RECOMMENDATION**</u>

Plaintiff Jessie Hardin, a prisoner confined at the LeBlanc Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the LeBlanc Unit.

The Court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**SIGNED** this the **30** day of **June, 2020.**

_____
Thad Heartfield
United States District Judge

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (document no. 11) is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.